Submitted on record and briefs June 27, sentences vacated; remanded for
resentencing; otherwise affirmed July 27, 2005

STATE OF OREGON,
*Respondent,*

*v.*

WALTER LEE MANLEY, JR.,
*Appellant.*

02051107; A121672

117 P3d 297

Patrick M. Ebbett and Chilton, Ebbett & Rohr, LLC, filed
the brief for appellant.

Hardy Myers, Attorney General, and Mary H. Williams,
Solicitor General, and Christina M. Hutchins, Assistant
Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Brewer, Chief
Judge,* and Armstrong, Judge.

PER CURIAM

---

* Brewer, C. J., *vice* Richardson, S. J.

**PER CURIAM**

Defendant was convicted of one count of theft in the first degree. ORS 164.055. The trial court imposed an upward durational departure sentence, based on a finding of "persistent involvement in similar offenses." On appeal, defendant challenges only the sentence, arguing that, under *Blakely v. Washington*, 542 US 296, 124 S Ct 2531, 159 L Ed 2d 403 (2004), and *Apprendi v. New Jersey*, 530 US 466, 120 S Ct 2348, 147 L Ed 2d 435 (2000), the court erred in imposing a departure sentence based on facts that defendant did not admit and that the court did not submit to a jury. He concedes that he did not advance such a challenge to the trial court, but argues that the sentence should be reviewed as plain error. The state concedes that, under our decisions in *State v. Gornick*, 196 Or App 397, 102 P3d 734 (2004), *rev allowed*, 338 Or 583 (2005), and *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005), the sentence is plainly erroneous. We accept the state's concession and, for the reasons discussed in those cases, exercise our discretion to correct the error.

Sentence vacated; remanded for resentencing; otherwise affirmed.